UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael Wade Rapoza**              **Docket No. 4:14-CR-37-2BO**

### Petition for Action on Supervised Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Wade Rapoza, who, upon an earlier plea of guilty to Possession of a Stolen Firearm and Aiding and Abetting, in violation of 18 U.S.C. §§ 922(j), 924 and 2, and Possession of a Firearm With an Obliterated, Removed, or Altered Serial Number and Aiding and Abetting, in violation of 18 U.S.C. §§ 922(k) 924 and 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 27, 2014, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Michael Wade Rapoza was released from custody on October 16, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 30, 2018, a Motion for Revocation hearing was held, wherein the defendant admitted the violation conduct of absconding and stated to the Court that he has a problem with an addiction to prescription narcotics. The Court denied the Motion for Revocation and continued supervision with the following modifications: 1) The defendant shall be confined in the custody of the Bureau of Prisons for a period of 30 days and shall receive credit for 28 days spent in confinement awaiting this Motion for Revocation hearing, and 2) The defendant's term of supervised release can be terminated early if no further violations occur within the next 12 months. On June 8, 2018, Rapoza met with the undersigned and was presented with the option of attending a substance abuse treatment program to help with his addiction. Rapoza agreed to the request and signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Michael Wade Rapoza
Docket No. 4:14-CR-37-2BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jay Kellum
Jay Kellum
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: June 8, 2018

### ORDER OF THE COURT

Considered and ordered this ___9___ day of __June__, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge